UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:21-cv-06944-ODW-(Ex) | Date | December 7, 2021 |
| Title | *Portia Mason v. Casa Linda Furniture, Inc. et al* | | |

Present: The Honorable Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** **In Chambers**

On October 18, 2021, Plaintiff filed a Notice of Settlement. (ECF No. 15.) Accordingly, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by December 3, 2021. (ECF No. 16.) In its Order, the Court advised the parties that, "Failure to timely comply with this Order shall result in the dismissal of this action without further warning." (*Id.*) To date, the parties have failed to file a timely dismissal. To date, the parties have not filed a dismissal.

The Court has no interest in monitoring parties' compliance with the terms of a settlement agreement. Given that the parties have settled the matter, this case should be dismissed. Any failure to satisfy the terms of the parties' settlement agreement, including payment, should be enforced in a subsequent lawsuit.

The Clerk of the Court shall close this case.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |